UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARC TETRO, INC.,

                      Plaintiff,                      19-cv-2691 (PKC)

    -against-                                ORDER

ANN TREBOUX a/k/a PAULA DATESH a/k/a
JEFF WENTZEL, an individual,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court hereby **ORDERS** as follows:

1. **NO PARTY, INCLUDING MS. TREBOUX, SHALL CONTACT THE UNDERSIGNED'S DEPUTY CLERK, LAW CLERK(S) OR CHAMBERS BY TELEPHONE. CORRESPONDENCE BY MAIL, OVERNIGHT COURIER OR FAX WILL CONTINUE TO BE ACCEPTED.**

2. **A FAILURE TO OBEY ANY PROVISION OF THIS ORDER IS PUNISHABLE AS CONTEMPT OF COURT.**

       SO ORDERED.

                                                  */s/ P. Kevin Castel*
                                             P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
         December 4, 2019