UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC TETRO

_(In the space above enter the full name(s) of the petitioner(s).)_

-against-

ANN TREBOUX

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

1:19 Civ. 02691 ( ) ( )

**APPLICATION FOR THE COURT TO REQUEST COUNSEL PURSUANT TO 18 U.S.C. § 3006A(g)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-19

I, ANN TREBOUX, _(print or type your name)_ am a party in this case and am unable to afford the services of an attorney. I hereby request the Court to grant my request for counsel to represent me in this proceedings.

1. In support of my application, I provide the following information:

   A. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
   **SEE ATTACHED**

   B. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)
   **ARTHUR LEHMAN AGREED TO TRY TO SETTLE THIS CASE. HE MADE TWO OFFERS WHICH WERE REJECTED. HE IS RETIRING AND DID NOT WANT TO PUT IN AN APPEARANCE. I WENT TO THE NYLAG CLINIC OVER 20 TIMES AND GOT WRONG ADVICE FROM INTERNTS THERE.**

   C. If you need a lawyer who speaks in a language other than English, state what language you speak:

Rev. 10/2010

_[Handwritten:]_ After considering the factors in Cooper and Hodge, the motion is DENIED. SO ORDERED.
_[signature]_, USDJ 2-20-20

## MARC TETRO v ANN TREBOUX
### 1:19-cv-02583

I request that the Court appoint a lawyer in the case. I have been homeless for over two years and can not afford a lawyer. I went to the NYLAG legal clinic in the basement of your courthouse about 20 times. I got the wrong answers to my questions from the interns there. When I asked to speak to a lawyer, I was told, "no". I had about 20 phone consultations with lawyers and the cost was far too much for me.

This case has caused me a lot of stress. I don't have access to the PACER system and the US District Courts in northern California don't have access to the PACER documents in your courthouse. I recently got out of the hospital. I was hit by a car. I don't have the money right now to travel to New York for an appearance on December 4, 2019. I request to do it by phone. My phone is 646-952-1175.

I have not been served on this case and the Motion for Alternative Service filed by plaintiff does not mention my email: trebouxann@yahoo.com. Plaintiff got that email from DCA Margaret Baumgartner of the SF City Attorney's Office. She should not have given that information to the plaintiff. I am the Appellant in a case in the California Court of Appeal. Anne Trickey, claimed I assaulted her on June 15, 2018 while she took photos at Marc Tetro's behest. These photos appear in the initial complaint in the case before you. They were not taken in 2017 but in 2018 by Anne Trickey.

Judge Castel, I was not selling "counterfeits" on March 3, 2019 on 5th Avenue. I was selling authentic prints. I was there once for less than three hours. Tetro has a copyright for 17 images not 50. They refuse to settle this case and want to put more allegations on me. I don't have a where house or an inventory of counterfeit prints. Please appoint me a lawyer so that I may prepare a defense.

Sincerely,

Dated: October 19, 2019



# FedEx Express

**Extremely Urgent**

For FedEx Express® Shipments Only

Contents should be compatible with the container and packaging. For shipping terms and conditions and our limits of liability, refer to applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and locations, go to fedex.com, or contact your nearest FedEx location.

© 2018 FedEx 155475/155476 REV 3/18

See how FedEx connects the world in responsible and resourceful ways. environment.fedex.com. Join our efforts by recycling this FedEx envelope.

---

ORIGIN ID:JEMA (646) 952-1175
ANN TREBOUX
150 SUTTER ST UNIT 738
SAN FRANCISCO, CA 94104
UNITED STATES US

SHIP DATE: 19OCT19
ACTWGT: 0.20 LB
CAD: 6991980/SSF02021

BILL CREDIT CARD

TO  PRO SE INTAKE UNIT
    40 FOLEY SQUARE RM 105

    NEW YORK NY 10007
(000) 000-0000
REF:
DEPT:

TRK# 7803 7259 4273
0201

SA PCTA

WED - 23 OCT 4:30P
EXPRESS SAVER

10007
NY-US  EWR