UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
MARC TETRO, INC.,

                Plaintiff(s),              ORDER

        -against-

                                              19 Civ. 2691 (PKC)

ANN TREBOUX,

                Defendant(s).
-----------------------------------------------------x

CASTEL, U.S.D.J.

        Due to the COVID-19 pandemic, the conference scheduled for April 13, 2020 is VACATED and all proceedings are stayed through June 30, 2020. The next conference will be July 10, 2020 at 11:45 a.m. in Courtroom 11D.

        SO ORDERED.

                                              P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
         April 1, 2020