UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARC TETRO, INC.,

                        Plaintiff,                                19-cv-2691 (PKC)

            -against-
                                                                  ORDER
ANN TREBOUX,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

            In light of the current global health crisis, Ms. Treboux, who is proceeding pro se in

this action, is directed to submit all electronic filings by email to

Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Ms. Treboux is also encouraged to consent to

receive all court documents electronically.  A consent to electronic service form is available on the

Court's website.  For more information, including instructions on this new email service for pro

se parties, Ms. Treboux is directed to visit the Court's website at nysd.uscourts.gov.

            SO ORDERED.

                                                    _____
                                                          P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
           April 27, 2020