19 Civ. 2691

Defendant's request to withdraw her motion to compel is GRANTED. The Clerk is directed to terminate the motion. (DE 42.)
SO ORDERED.
6/3/2020

P. Kevin Castel
United States District Judge

Ann Treboux
1390 Bancroft Way
Berkeley, CA 94704

January 25, 2020

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street-Courtroom 11D
New York, NY 10007

Request to withdraw premature Motion to Compel Discovery

Dear Judge Castel:

   I have had numerous issues with Moshe Peltz, plaintiff's attorney for the past year. The deadline for his response to the discovery request was January 20, 2020. He sent a response (no documents) at 11:58pm that day. It was 2 minutes before the deadline. I have noticed Peltz repeatedly that I am in the PST zone and am receiving cancer treatments. I can not respond to his immediate email demands. His last email of January 25, 2020, he gave me lass than 2 hours to run to a computer to scan the motion to compel discovery and email it to him., otherwise he, "will file a motion for my outrageous behavior". This motion was sent by first class mail at the time of filing. His email requests are outrageous.

   In addition, Peltz has blocked my caller ID from all of the phone numbers connected with his law firm. There was a meet and confer phone call of January 24 at 11am PST. I called the four numbers at the time scheduled and for the next 20 minutes. I was not even able to leave a phone message. I was not noticed of Peltz intent on blocking my caller ID. He then said, I did not conform to the "Individual Practice Rule 4(B) and Fed. R. Civ. P. 37(a)(1). I was not able to comply with the rules as Peltz blocked my caller ID.

   I request that Peltz conform with the rules of court in serving me paperwork by mail and cease blocking my caller ID when there is a meet and confer phone call. He has been harassing me for over a year and deflecting all attempts to meet and confer.

Ann Treboux

PROOF OF SERVICE

I, STEVE HYLAND, certify that I am over 18 years old and not a party to this action.

On January 25, 2000, I placed a copy of the SUBPOENA TO PRODUCE DOCUMENTS

and Response to Plaintiff's January 27, 2020 Letter (DKT 42)

an a first class envelope and mailed it to:

Moshe Peltz
Falcon, Rappaport and Berkman
265 Sunrise Highway, Suite 50
Rockville Centre, NY  11572
510-570-6079
hylandsteve4@gmail.com


_____/s/_____
Steve Hyland