UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARC TETRO, INC.,

                Plaintiff,                              19-cv-2691 (PKC)

      -against-                                          ORDER

ANN TREBOUX d/b/a PAULA DATESH d/b/a
JEFF WENTZEL,

              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference previously scheduled for Friday, October 9, 2020 at 2:00pm is ADJOURNED to Wednesday, November 18, 2020 at 2:30pm.  The conference will take place in Courtroom 11D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

                                                        P. Kevin Castel
                                                   United States District Judge

Dated:   New York, New York
            September 30, 2020