UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARC TETRO, INC.,

                       Plaintiff,                       19-cv-2691 (PKC)

       -against-                                 ORDER

ANN TREBOUX,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Due to the recent rise in Covid-19 cases in the metropolitan area, it is advisable to defer in-court proceedings whenever possible. Accordingly, the pretrial conference of November 18, 2020 is adjourned to January 19, 2021 at 3:00 p.m. The conference will be held telephonically:

        DIAL-IN:        888-363-4749

        ACCESS CODE:   3667981#

        SO ORDERED.

                                                 P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
        November 13, 2020