UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARC TETRO, INC.,

                       Plaintiff,                      19-cv-2691 (PKC)

    -against-                                  ORDER

ANN TREBOUX,

                       Defendant.

------------------------------------------------------------x

CASTEL, U.S.D.J.

        On February 19, 2021, defendant filed a letter urging that this case should be dismissed based on plaintiff's failure to take the defendant's deposition prior to the February 19, 2021 deadline ordered by the Court. (Docket # 103.) Plaintiff has not since responded to the letter or made any other filing.

        Within seven days, plaintiff shall submit a letter responding to defendant's letter of February 19. The letter shall separately advise the Court of the status of the case and what steps remain in order to bring this case to a close.

        SO ORDERED.

                                          P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
         June 8, 2021

COPY MAILED TO: Ann Treboux, Berkeley Main Post Office, PO Box 350, 2000 Allston Way, Berkeley CA 94704-9998