UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARC TETRO, INC.,

                Plaintiff,                      19-cv-2691 (PKC)

      -against-                        <u>ORDER</u>

ANN TREBOUX d/b/a PAULA DATESH d/b/a
JEFF WENTZEL,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Order of March 30, 2022 remains in full force and effect. **Failure to comply with the March 30, 2022 Order by any party will result in dismissal of the complaint in the case of plaintiff and/or striking of the answer and entry of a default judgment in the case of defendant.** Any outstanding motions or applications will be addressed at the Final Pretrial Conference. Plaintiff shall respond to defendant's letter of April 3, 2022 (Doc 109) by April 13, 2022.

        SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       April 6, 2022