UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC TETRO, INC.

                            Plaintiff,

  -against-

ANN TREBOUX d/b/a PAULA DATESH
d/b/a JEFF WENTZEL,

                            Defendant.

Case No: 19-cv-2691 (PKC)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK
                SS.:
COUNTY OF NASSAU.

**Brittany Campellon**, being duly sworn, deposes and says:

I am not a party to the within action, am over eighteen (18) years of age and reside in the County of Nassau, State of New York.

On May 11, 2022, I served a true copy of an Order dated May 9, 2022 upon the person or persons named below, by placing same in a sealed envelope, postage prepaid and depositing it in a marked receptacle for the USPS within New York state addressed to the last known addresses indicated below *via certified mail return receipt requested*:

                      Ann Treboux
               Berkeley Main Post Office
                    P.O. Box 350
                  2000 Allston Way
               Berkeley, CA 94704-9998

                                                               BRITTANY CAMPELLON

Sworn to before me this
11th day of May, 2022

_____
NOTARY PUBLIC

AVA DACOSTA
Notary Public - State of New York
NO. 01DA6431121
Qualified in Nassau County
My Commission Expires Mar 28, 2026

1

